# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION, WATERKEEPER ALLIANCE, and PENNENVIRONMENT, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No.<br>) 1:19-cv-01324-CCC |
| v. | ) |
| TALEN ENERGY CORPORATION and BRUNNER ISLAND, LLC, | )<br>) |
| Defendants. | ) |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) |
| TALEN ENERGY CORPORATION and BRUNNER ISLAND, LLC, | )<br>) |
| Defendants. | ) |

## JOINT MOTION TO ENTER THE CONSENT DECREE

Plaintiffs Lower Susquehanna Riverkeeper Association, Waterkeeper Alliance, PennEnvironment ("Citizens"), and Commonwealth of Pennsylvania, Department of Environmental Protection ("DEP" and collectively, "Plaintiffs") and

Defendants Talen Energy Corporation and Brunner Island LLC ("Defendants" and Plaintiffs and Defendants collectively, the "Parties") jointly move to enter the Consent Decree agreed upon by all Parties and lodged with this Court on July 31, 2019, Docket Numbers 6 and 10 ("Consent Decree").[1] Citizens and DEP filed separate Complaints against Defendants and the actions have been consolidated. *See* Dkt. 7.[2] On the same day that the Complaints were filed, the Parties filed a Joint Notice of Lodging of Consent Decree. Dkt. 6. After complying with all notice and comment procedures, all Parties now jointly request that the Court enter the Consent Decree. This proposed Consent Decree reflects a fair settlement among the Parties to resolve the issues in these consolidated actions and all Parties concur with the entry of the Consent Decree.

## THE CONSENT DECREE

The proposed Consent Decree imposes numerous compliance requirements on Brunner, which will have positive benefits for the environment. In addition, Defendants have agreed to pay a civil penalty of $1,000,000 to DEP in full satisfaction and settlement of all of DEP's claims against Defendants under various environmental statutes. Defendants have also agreed to pay $100,000 to one or more

---

[1] Pursuant to Local Rule 7.5, this Motion is not accompanied by a brief in support because all parties are in concurrence.

[2] The two actions are docketed as No. 1:19-cv-01324-CCC and No 1:19-cv-01329-JEJ. In accordance with the Court's order granting consolidation of these cases, all future documents are to be filed in the first-filed action only.

qualifying Supplemental Environmental Projects in full satisfaction of all claims alleged by Citizens.

## REVIEW AND COMMENT PERIODS HAVE ENDED

On August 5, 2019, pursuant to Section 505(c)(3) of the Clean Water Act, 33 U.S.C. § 1365(c)(3), the proposed Consent Decree was served on the Attorney General of the Department of Justice ("DOJ") and the Administrator of the Environmental Protection Agency ("EPA") for their 45-day review period. The DOJ confirmed receipt of the Consent Decree and has acknowledged that the 45-day review ended on September 19, 2019. Neither DOJ nor EPA had any objections to the Consent Decree. *See* Exhibit A (Letter from DOJ stating that the United States has no objection to the proposed Consent Decree).

Concurrently, state law provided for a 30-day public comment period after notice of the Consent Decree is published in the PA Bulletin. Notice of the Consent Decree was published in the PA Bulletin and in the York Daily Record on Saturday, August 17, 2019. *See* 49 Pa. Bull. 4531, 4597-98 (Aug. 17, 2019). Thus, the public comment period ended on September 16, 2019, and no comments were received on the Consent Decree.

## CONCLUSION

As set forth in the Consent Decree, its terms are the result of a negotiated settlement agreement between the Parties, and operates as a final judgment against

3

Defendants. The Parties submit that the proposed Consent Decree is fair, reasonable, in the public interest, consistent with the objectives of the governing statutes, and supported by all parties. *See United States v. D.G. Yuengling & Son, Inc.*, No. CV 3:16-1252, 2016 WL 5404576, at *1 (M.D. Pa. Sept. 28, 2016).

Because both the review and comment periods, respectively, have ended, and the Consent Decree has met all requirements to entry, the Parties therefore ask this Court to grant this motion and enter the Consent Decree as presented to this Court on July 31, 2019 at Docket Number 6.

For all of the foregoing reasons, the Parties respectfully request the Court to grant their Joint Motion to Enter the Consent Decree.

                                                Respectfully submitted,

 /s/Janna E. Willaims
Janna E. Williams
Assistant Counsel
Pa. Id. No. 319584
E-mail:  jannwillia@pa.gov


 /s/Angela S. Bransteitter
Angela S. Bransteitter
Assistant Counsel
Pa. Id. No. 323877
E-mail:  abransteit@pa.gov

Southcentral Regional Office
909 Elmerton Avenue, Third Floor
Harrisburg, PA  17110-8200
Tel.:  717-787-8790

*Counsel for Plaintiff, Commonwealth of Pennsylvania, Department of Environmental Protection*

 /s/Lisa Widawsky Hallowell
Lisa Widawsky Hallowell
Pa. Id. No. 207983
Environmental Integrity Project
1000 Vermont Avenue, NW, Ste 1100
Washington, DC 20005
Tel.: (202) 294-3282
Fax: (202) 296-8822
Lhallowell@environmentalintegrity.org

*Counsel for Plaintiffs Lower Susquehanna Riverkeeper Association, Waterkeeper Alliance, and PennEnvironment*


 /s/Bonnie A. Barnett
Bonnie A. Barnett
Pa. Id. No. 37004
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel.:  215-988-2700
Fax:  215-988-2757
E-mail: Bonnie.Barnett@dbr.com

*Counsel for Defendants Talen Energy Corporation and Brunner Island, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused to be served upon all parties the foregoing Joint Motion to Enter the Consent Decree by causing it to be electronically filed via the Court's ECF system.

Dated: September 24, 2019                          */s/Bonnie A. Barnett*
                                                                    Bonnie A. Barnett