**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION, WATERKEEPER ALLIANCE, and PENNENVIRONMENT,** : | **CIVIL ACTION NO. 1:19-CV-1324** |
| : | |
| : | **(Chief Judge Conner)** |
| : | |
| **Plaintiffs** : | |
| : | |
| **v.** : | |
| : | |
| **TALEN ENERGY CORPORATION and BRUNNER ISLAND, LLC,** : | |
| : | |
| **Defendants** : | |

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| **v.** : | |
| : | |
| **TALEN ENERGY CORPORATION and BRUNNER ISLAND, LLC,** : | |
| : | |
| **Defendants** : | |

## <u>ORDER</u>

AND NOW, this 8th day of November, 2019, upon consideration of the joint motion (Doc. 11) for entry of the consent decree signed by all parties to the above-captioned consolidated action, and it appearing that the agency-review and public-comment periods have expired without objection to the consent decree, and the court likewise having no objection and finding the consent decree to be a

reasonable and appropriate resolution of the issues raised in plaintiffs' complaints, it is hereby ORDERED that the parties' joint motion (Doc. 11) to enter consent decree is GRANTED and the consent decree (Doc. 6) between the parties is APPROVED and ENTERED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania